UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHAWN PALMER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WORLD ONE LAW GROUP PLLC,<br><br>Defendant. | CASE NO. 2:25-cv-01408-BJR<br><br>MINUTE ORDER |

The clerk issues the following minute order by the authority of the Honorable Barbara J. Rothstein, United States District Judge.

After reviewing the parties' Joint Status Report, Dkt. No. 15, the Court sets the following deadlines and briefing schedule:

| Deadline | Date |
|---|---|
| Joinder of Parties Deadline | November 20, 2025 |
| Amended Pleadings | December 18, 2025 |
| Deadline to complete fact discovery | October 23, 2026 |
| Plaintiff's expert disclosures due by | December 1, 2026 |

MINUTE ORDER - 1

| | |
|---|---|
| Deadline for Plaintiff to file motion for class certification | December 1, 2026 |
| Defendant's expert disclosures due by | December 29, 2026 |
| Deadline for Defendant to respond to Plaintiff's motion for class certification | December 29, 2026 |
| Deadline for Plaintiff to file reply in support of motion for class certification | January 24, 2027 |
| Deadline to complete expert depositions | February 2, 2027 |
| All discovery motions due by | February 3, 2027 |
| Motion to exclude experts due by | March 2, 2027 |
| Oppositions to motion to exclude experts due by | March 31, 2027 |
| All discovery completed by | March 31, 2027 |

Within twenty-one (21) days of a ruling on class certification, the parties shall present the Court with a proposed schedule to govern the remainder of the case through and including briefing on summary judgment and expert disclosures related to the merits of the parties claims and defenses. The parties shall follow Local Rule 7(e)(3) with regard to page limits on their class certification briefing, which would allow for class certification motions and oppositions to not exceed 24 pages and replies to not exceed 12 pages.

DATED this 22nd day of October, 2025.

          RAVI SUBRAMANIAN,
          Clerk of Court

          */s/ Natalie Wood*
          Deputy Clerk

MINUTE ORDER - 2