The Honorable Judge Barbara J. Rothstein

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SHAWN PALMER, on behalf of himself and all others similarly situated;<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WORLD ONE LAW GROUP PLLC;<br><br>　　　　　Defendant. | CAUSE NO. 2:25-cv-01408-BJR<br><br>NOTICE OF WITHDRAWAL OF COUNSEL<br><br>[CLERK'S ACTION REQUIRED] |

TO:　　　　THE CLERK OF THE COURT

AND TO:　　ALL COUNSEL OF RECORD

　　　PLEASE NOTE that Malika Johnson hereby withdraws as attorney for of Defendant World One Law Group PLLC. George Pitcher and Natasha Fingar of Wilson Elser Moskowitz Edelman & Dicker LLP remain as counsel for Defendant World One Law Group PLLC. Copies of all documents and pleadings with regard to this litigation, with the exception of original process, are to be served on the undersigned counsel.

　　　This Notice of Withdrawal is effective immediately.

NOTICE OF WITHDRAWAL OF COUNSEL – 1
CAUSE NO. 2:25-cv-01408-BJR

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
520 PIKE STREET, SUITE 2350
SEATTLE, WA 98101
(206) 709-5900 (MAIN)
(206) 709-5901 (FAX)

DATED January 6, 2026.

By: *s/Malika Johnson*
Malika Johnson, WSBA #39608

*Withdrawing Attorney for World One Law Group PLLC*

DATED January 6, 2026.              WILSON, ELSER, MOSKOWITZ,EDELMAN & DICKER LLP

By: *s/Natasha Fingar*
Natasha Fingar, WSBA #62842
520 Pike Street, Suite 2350
Seattle, WA 98101
Telephone: 206.709.5900
Facsimile: 206.709.5901
Natasha.Fingar@wilsonelser.com

*Attorney for World One Law Group PLLC*

DATED January 6, 2026.              WILSON, ELSER, MOSKOWITZ,EDELMAN & DICKER LLP

By: *s/George Pitcher*
George Pitcher, WSBA #27713
805 SW Broadway, Suite 2460
Portland, OR 97205
Telephone:  (971) 352-3030
Facsimile:  (971) 352-3019
George.Pitcher@wilsonelser.com

*Attorneys for World One Law Group, PLLC.*

NOTICE OF WITHDRAWAL OF COUNSEL – 2
CAUSE NO. 2:25-cv-01408-BJR

**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP**
520 PIKE STREET, SUITE 2350
SEATTLE, WA 98101
(206) 709-5900 (MAIN)
(206) 709-5901 (FAX)

## CERTIFICATE OF SERVICE

I declare under penalty of perjury under the laws of the State of Washington that on January 6, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Samuel J Strauss<br>Cassandra P. Miller<br>STRAUSS BORRELLI PLLC<br>One Magnificent Mile<br>980 N. Michigan Avenue, Suite 1610<br>Chicago, IL 60611<br>Telephone:  (872) 263-1100<br>Facsimile:  (872) 263-1109<br>Email: sam@straussborrelli.com<br>       cmiller@straussborrelli.com<br><br>*Attorneys for Plaintiff* | Anthony I. Paronich<br>*(pro hac vice)*<br>PARONICH LAW, P.C.<br>350 Lincoln Street, Suite 2400<br>Hingham, MA 02043<br>Telephone:  (617) 485-0018<br>Email.  anthony@paronichlaw.com<br><br>*Attorneys for Plaintiff* |

Executed on January 6, 2026, at Seattle, Washington.

By: *s/Maria Tiegen*
Maria Tiegen, Legal Assistant
Maria.Tiegen@wilsonelser.com

NOTICE OF WITHDRAWAL OF COUNSEL – 3
CAUSE NO. 2:25-cv-01408-BJR

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
520 PIKE STREET, SUITE 2350
SEATTLE, WA 98101
(206) 709-5900 (MAIN)
(206) 709-5901 (FAX)