**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| SHAWN PALMER, on behalf of himself and all others similarly situated, | No.  2:25-cv-01408-BJR |
| Plaintiff, | Honorable Judge Barbara J. Rothstein |
| v. | STIPULATION TO DISMISS |
| WORLD ONE LAW GROUP PLLC, | |
| Defendant. | |

The parties, by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action with prejudice as to Plaintiff's individual claims and without prejudice as to the class claims, with each party to bear its own costs and attorneys' fees.

*[Counsel signatures to follow on next page.]*

1

Dated: April 10, 2026

*/s/ Samuel J. Strauss*
Samuel J. Strauss, WSBA No. 46971
**STRAUSS BORRELLI PLLC**
980 N. Michigan Avenue, Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
sam@straussborrelli.com

Anthony Paronich
**PARONICH LAW PC**
350 Lincoln St Ste 2400
Hingham, MA 02043
Telephone: (617) 485-0018
anthony@paronichlaw.com

*Counsel for Plaintiff*
*Shawn Palmer*

Dated: April 10, 2026

*/s/ George Pitcher*
George Pitcher, WSBA No. 27713
**WILSON ELSER MOSKOWITZ**
 **EDELMAN & DICKER LLP**
805 SW Broadway, Suite 2460
Portland, OR 97205
Phone: (971) 352-3030
George.Pitcher@wilsonelser.com

Natasha A. Fingar, WSBA No. 62842
**WILSON ELSER MOSKOWITZ**
 **EDELMAN & DICKER LLP**
520 Pike Street, Suite 2350
Seattle, WA 98101
Phone: (206) 709-5900
Natasha.Fingar@wilsonelser.com

*Attorneys for Defendant*
*World One Law Group PLLC*

2

## <u>CERTIFICATE OF SERVICE</u>

I, Samuel J. Strauss, hereby certify that on April 10, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

DATED this 10th day of April, 2026.

Respectfully submitted,

*/s/ Samuel J. Strauss*
Samuel J. Strauss, WSBA No. 46971
**STRAUSS BORRELLI PLLC**
980 N. Michigan Avenue, Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
sam@straussborrelli.com

3